CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 3 1 2009

BY: JOHN F. CORCORAN, CLERK
/s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAY BROWN,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:09-cv-00277 |
| v. | )<br>) | **ORDER** |
| SAM YOUNG, et al.,<br>    Defendants. | )<br>)<br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order and injunction is **DENIED**; the complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 31st day of July, 2009.

                                                /s/ James C. Turk
                                                Senior United States District Judge